# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| OMAR FULTON, | ) | |
| --- | --- | --- |
| | ) | Civil Action No. 14 – 106 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| LT. JOHN CRUMB, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 26th day of January, 2015, in accordance with the Memorandum Opinion dated this same day,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, that has been converted into a Motion for Summary Judgment on the issue of exhaustion (ECF No. 26). is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: Omar Fulton
KN0292
PO Box 200
Camp Hill, PA  17001

1